IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRIAND MCCOY                                                           PLAINTIFF

VS.                                  CIVIL ACTION NO.: 5:19-cv-64-~~DCB~~-JCG (CWR)

STEPHEN GUIDO,
ADAMS COUNTY SHERIFF TRAVIS PATTEN,
individually and in his official capacity,
MISSISSIPPI DRILLING, INC.,
AND JOHN DOES 1-10                            DEFENDANTS

STEPHEN GUIDO                     COUNTERCLAIMANT, CROSS-CLAIMANT
                                            AND THIRD-PARTY PLAINTIFF

VS.

TRIAND MCCOY, ADAMS COUNTY      PLAINTIFF/COUNTER-DEFENDANT
SHERIFF, TRAVIS PATTEN, in his Official    CROSS-DEFENDANT, AND
Capacity, AND ADAMS COUNTY,             THIRD-PARTY DEFENDANT
MISSISSIPPI

## AGREED ORDER OF DISMISSAL

COMES ON for hearing the joint *ore tenus* motion of Plaintiff/Counter-Defendant Triand McCoy, Defendant/Cross-Defendant Adams County Sheriff Travis Patten, Defendant/Third-Party Plaintiff Steven Guido, Defendant Mississippi Drilling, Inc., and Third-Party Defendant Adams County, Mississippi, by and through their respective counsel of record, to dismiss this cause of action with prejudice, including all claims, counterclaims, cross-claims and third-party claims, and the Court having been made known that the parties are in agreement thereto, finds said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, this cause of action is hereby dismissed with prejudice.

THIS the 29th day of October, 2020.

_____
DISTRICT COURT JUDGE

Agreed to by:

_____
William R. Allen (MSB #100541)
Jessica S. Malone (MSB #102826)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Email: wallen@aabalegal.com
Email: jmalone@aabalegal.com
    *Counsel for Sheriff Travis Patten, Adams County, Mississippi*

_____
J. Matthew Eichelberger (MSB #101060)
Jennie A. Eichelberger (MSB #102522)
The Eichelberger Law Firm, PLLC
308 E. Pearl Street, Suite 201
Jackson, MS 39201
Tel.: 601-292-7940
Email: matt@ike-law.com
Email: jennie@ike-law.com
    *Counsel for Triand McCoy*

_/s/ William C. Griffin_
William C. Griffin, MS Bar No. 5021
Michael T. Jaques, MS Bar No. 8708
SESSUMS DALLAS, PLLC
240 Trace Colony Park Drive, Suite 100
Ridgeland, Mississippi 39157
601.933.2040 - Telephone
601.933.2050 – Facsimile
Email: wgriffin@sessumsdallas.com
Email: mjaques@sessumsdallas.com
    *Counsel for Steven Guido*

_/s/ Lucien C. Gwin, III (w/ permission)_
Lucien C. Gwin, III, Esquire
Gwin, Punches & Kelley, LLP
PO Box 1344
Natchez, MS 39121
Email: sam@gwinlawfirm.com
    *Counsel for Mississippi Drilling, Inc.*